**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————
www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                         415.522.2000

July 9, 2007

United States District Court
for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

RE: CV 07-02431 MHP  ANTHONY R TURNER-v-ARNOLD SCHARTZENEGGAR

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒        Certified copy of docket entries.

☒        Certified copy of Transferral Order.

☒        Original case file documents.

☒        Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Gina Agustine-Rivas
Case Systems Administrator

Enclosures
Copies to counsel of record